**PIKE–FLOYD COAL COMPANY v. Selden R. GLENN, Collector of Internal Revenue, et al.**

No. 7421.

Circuit Court of Appeals, Sixth Circuit.

June 2, 1936.

Norman, Quirk & Graham, of Louisville, Ky., Harman, Francis & Hobson, of Pikeville, Ky., and Rose & Eichenauer, of Pittsburgh, Pa., for appellant.

Bunk Gardner, U. S. Atty., of Louisville, Ky., for appellees.

PER CURIAM.

Docketed and dismissed on motion of appellant.